RECEIVED
AUG 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UGOCHUKWU GODFREY ONODU | CIVIL ACTION 1:18-CV-00667 |
| VERSUS | JUDGE DRELL |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Onodu's Petition for Writ of Mandamus and Stay of Deportation Pending Final Review (Doc. 1) is DENIED.

IT IS ORDERED that Onodu's Motion for Emergency Stay of Deportation (Doc. 9) is DENIED.

IT IS ORDERED that Onodu's Motion to Expedite (Doc. 8) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 10 day of August, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT