RECEIVED
FEB - 7 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UGOCHUKWU GODFREY ONODU | CASE NO. 18-CV-00667 |
| -vs- | JUDGE DRELL |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto,[1] and concurring with the Magistrate Judge's findings under applicable law; it is hereby

ORDERED that Onodu's Petition for Writ of Mandamus and Stay of Deportation Pending Final Review (Doc. 1) is DENIED. It is further

ORDERED that Onodu's Motion for Emergency Stay of Deportation (Doc. 9) is DENIED. It is, finally,

ORDERED that Onodu's Motion to Expedite (Doc. 8) is DENIED AS MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 7th day of February, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Onodu requested and was granted four (4) extensions of time in which to file any desired objections to the Magistrate Judge's Report and Recommendation. *See* Docs. 27, 30, 35 and 37. Despite these extensions of time, petitioner did not file objections to the Report and Recommendation as of the date of this Judgment.